IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN FISHER, Individually, and ACCESS 4 ALL, INC., a Florida Non-Profit Corporation,<br><br>         Plaintiffs,<br><br>vs.<br><br>DHM SALT LAKE CITY HOTEL LESSEE, a Delaware Limited Partnership, and DRIFTWOOD HOSPITALITY MANAGEMENT, LLC, a Delaware Limited Liability Company,<br><br>         Defendants.<br>_____ | :<br>:<br>:<br>:<br>:<br>:  Case No. 2:18-cv-00653-DB<br>:<br>:<br>:<br>:<br>: |

**STIPULATION FOR DISMISSAL WITH PREJUDICE, WITH COURT'S RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**

Plaintiffs and Defendants, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully submitted,

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| /s/ *Lawrence A. Fuller*<br>Lawrence A. Fuller, Esq. (Pro Hac Vice)<br>lfuller@fullerfuller.com<br>Allen D. Fuller, Esq. (Pro Hac Vice)<br>afullermiami@gmail.com<br>Fuller, Fuller & Associates, P.A.<br>12000 Biscayne Boulevard, Suite 502<br>North Miami, FL  33181<br>Telephone: (305) 891-5199<br>and | /s/ *James C. Thompson*<br>James C. Thompson, Esq.<br>jthompson@strongandhanni.com<br>Strong & Hanni<br>9350 South 150 East, Suite 820<br>Sandy, Utah  84070<br>Telephone:  (801)323-2077<br><br>Dated:  July 10, 2019 |

Carolyn Perkins, Esq.  (13469)
Law Offices of Carolyn Perkins
2105 E. Murray/Holladay Rd., Suite 2
Holladay, UT 84117
 (801) 405-9954
cperkins@carolynperkinslaw.com

Dated:  July 10, 2019