IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

STEVEN FISHER, Individually, and :
ACCESS 4 ALL, INC., a Florida Non-Profit :
Corporation, :
 :
      Plaintiffs, :
 :   Case No. 2:18-cv-00653-DB
vs. :
 :
DHM SALT LAKE CITY HOTEL :
LESSEE, a Delaware Limited Partnership, :
and DRIFTWOOD HOSPITALITY
MANAGEMENT, LLC, a Delaware
Limited Liability Company,

      Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the Stipulation for Dismissal With Prejudice. The Court having carefully reviewed said Stipulation and after due consideration, it is

ORDERED AND ADJUDGED as follows:

1. The Stipulation For Dismissal With Prejudice filed herein by the Plaintiffs and the Defendants, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

DONE AND ORDERED in Chambers this 11th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to: Attorneys of record